1
2
3
4
5
6
7
8
9
10
11
12
13
14
15    **<u>EXHIBIT C</u>**
16
17
18
19
20
21
22
23
24
25
26
27
28


Not just better security, but best.
Find out how Cisco puts security above everything.
Join us March 4-8, 2019 | San Francisco, CA
cisco



.ıll T-Mobile   LTE                    5:52 AM                    83%

*Instagram*

 

 **23patrickchung**                                          •••

Dude, I was seriously just messing around with you. Was it an asshole comment on my end, probably. But it was all in



## Patrick Chung Posts and Deletes Disrespectful NSFW Text Message From Rams Exec Over His Broken Arm

**By Karl Rasmussen**
06 FEB 2019

👁 63 k      ⤴ 4



12UP   BELICHICK IS THE TRUE GOAT IN NEW ENGLAND

[Patrick Chung](#) saw his time on the field cut short during Super Bowl LIII after he sustained a [broken arm](#) on the opening drive of the second half. Chung's injury wasn't enough to spur a Rams' comeback and one of the team's executives had some harsh words for Chung after the game.

Leaked screenshots of text messages from [Rams'](#) executive Matt Hogan were revealed and he took some shots at Chung, calling the safety a "b***h" after the 32-year-old went down with his injury. Chung called out Hogan for

**TRENDING**

 REPORT: Antonio Brown 'Scaring Off Teams' With Recent Twitter Behavior

 Bills QB Josh Allen Trolls Jalen Ramsey for His 'Trash' Comments i...

 VIDEO: New Rams/Chargers Stadium Already Looks Unbelievable


Combine auto & home.
You could save with a multi-policy discount.
GEICO   GET A QUOTE ›

**You May Like**        Sponsored Links by Taboola

 This Is The Perfect Balance Transfer Credit Card
The Ascent

 Little Known Trick To Avoid Gutter Cleaning For Life And Increase Home Value
LeafFilter™

 10 Signs You're Being Cheated On
Persopo People Search Subscription


Sell it.

**Squarespace Website Builder**

Everything you need to build or grow your business. Create your online store today.



Exhibit C   – 19 –                                              1/2

his disrespectful comments on since deleted Facebook and Instagram posts.



Chung is believed to be on the receiving end of these text messages (though not confirmed), which almost makes it seem like Hogan texted the wrong person when trying to rip the Patriots' safety.

Hogan was soon trying to walk back his words, saying that he was "just messing around" with Chung and that it was "all in just fun."



If these messages are real, then this is an extremely classless look for the Rams' executive. Insulting a player after they suffered a major injury in one of the biggest games of their career is extremely disrespectful.

If his final text message is anything to go by, Hogan is far from forgiven in Chung's mind.

Tab∞la Feed





Exhibit C    – 20 –