1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT D**



SEARCH

THE GETUP CREW  SHOWS  MUSIC  CONTESTS  FOLLOW  STREAM  CALENDAR  MORE

Throwbacks & The Best New Hip Hop And R&B
SPONSORED BY Planet Fitness

▶ LISTEN LIVE





FEBRUARY 6, 2019

# Patrick Chung Goes After Rams Executive Who Mocked His Injury

  

by HOT 96.9

Patrick Chung just got into it with the Rams organization after breaking his arm in the Superbowl. Chung posted screen shots of a text conversation between he and Matt Hogan (apparently an account executive in ticket sales) that started with Hogan calling him a "b**ch"

Check out the conversation below:

> *Matt Hogan from the @rams organization. This is disrespectful of you. I would never wish or say anything like this to anyone after they just broke their arm. You should be ashamed bro. Can't even believe it. But I pray for happiness and good health for you because a real man.*

*4,693 Likes, 357 Comments - Patrick Chung (@23patrickchung) on Instagram: "Matt Hogan from the @rams organization. This is disrespectful of you. I would never wish or say..."*

## Related


Sia Releases Her Own Nude Photo


Nicki Minaj Breaks the Internet with Paper Cover











### CONTESTS

 PASSES TO THE BOSTON ADVANCE SCREENING OF CAPTAIN MARVEL

 HELP RAMIRO PICK A NAME FOR HIS BABY

 ICE CUBE AT THE HOUSE OF BLUES

 THE GETUP CREW WANT TO SEND YOU ON A TRIP TO UNIVERSAL ORLANDO RESORT™

 SCORE TICKETS TO DMX AT THE HOUSE OF BLUES

 WIN 1-DAY PASSES TO BOSTON CALLING MUSIC FESTIVAL FEAT. TRAVIS SCOTT

MORE CONTESTS

### RECENTLY PLAYED

 RIHANNA
POUR IT UP

