1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT E**






















HOT 96.9 BOSTON

© HOT 96.9 Boston  -  Beasley Media Group, LLC

Contact Us    Terms of Service    Privacy Policy    DMCA    EEO Public File Report